IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LEJAUN BROOKS,

    Plaintiff,

v.    Civil Action No. **3:14CV484**

NURSE SUPIJER,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on August 4, 2014, the Court conditionally docketed Plaintiff's action. On August 12, 2014, the United States Postal Service returned the August 4, 2014 Memorandum Order to the Court marked, "RETURN TO SENDER." (ECF No. 3.)[1] Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 8/22/14
Richmond, Virginia

---

[1] The Clerk spoke with an individual at the Fairfax County Adult Detention Center who explained that Plaintiff was released and is no longer incarcerated.